```
                                              FILED - EASTERN DIVISION
                                              CLERK, U.S. DISTRICT COURT

                                                    OCT 17 2013

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY  W. Rogers          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> Dion Ivan Patterson ) <br> Defendant. ) | Case No.: 5:11-CR-00048-VAP <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _nature and circumstances of allegations, extensive criminal history, insufficient bail resources, USPO recommendation of 27 mos custody_

1

1        and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and

3        convincing evidence that he/she is not likely to pose a danger to the

4        safety of any other person or the community if released under 18 U.S.C. §

5        3142(b) or (c). This finding is based on the following:

6        _Same_

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

14 Dated: 10/17/13

                                 HONORABLE OSWALD PARADA
                                 United States Magistrate Judge