FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: WC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DION IVAN PATTERSON<br><br>　　　　　　　　Defendant. | EDCR 11-00048-VAP<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　[X]　the appearance of defendant as required; and/or

　　(B)　[X]　the safety of any person or the community.

//

//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from substance abuse or comply w/conditions of release; also, defendant's criminal history._

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/conditions; also no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 9/11/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE